**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:14CR00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WALTER DALE STUMBO, ET AL.** | ) | By: James P. Jones |
| | ) | United States District Judge |
| **COMMUNITY TRUST BANK, INC. and CITIZENS NATIONAL BANK**, | ) | |
| | ) | |
| Petitioners. | ) | |

The magistrate judge has issued two Reports and Recommendations (ECF Nos. 190, 205) which relate to the Petition of Community Bank, Inc. for Hearing to Adjudicate Validity of Petitioner's Interest in 2014 Chevrolet Silverado, VIN 3GCUKSEC9EG213087 (ECF No. 160) and the Petition for Relief from Forfeiture, filed by Citizens National Bank (ECF No. 163) (collectively, the "Petitions"), which Petitions were referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). Objections to the Reports and Recommendations have either been withdrawn or not filed.

Accordingly, it is **ORDERED** as follows:

1. The Reports and Recommendations are hereby ACCEPTED;

2. The Petitions are GRANTED in the manner recommended by the magistrate judge; and

3. The United States will present to the Court for entry a proposed Final Order of Forfeiture, taking into account the rulings of the Court.

ENTER: July 27, 2015

/s/ James P. Jones
United States District Judge